BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GARCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SANTOS GARCIA-MENDOZA,<br><br>　　　　　Defendant. | No. CR 09-805 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING**<br><br>Date:　January 26, 2010<br>Time:　2:00 p.m.<br>Court:　The Honorable William H. Alsup |

<u>STIPULATION</u>

　　The parties agree to continue the sentencing in the above-captioned matter from January 26, 2010 until February 23, 2010 at 2:00 p.m.  The purpose of the continuance is to enable defense counsel to provide all relevant mitigating sentencing information to the Probation Officer to ensure the Presentence Report is complete.  Under the current schedule, the Presentence Report draft would need to be completed by mid December.  This is not adequate time for defense counsel to provide the mitigating information to the Probation Officer, as numerous documents must be obtained from Mexico in this matter, and said documents need to be translated from Spanish to English.

　　Special Assistant United States Attorney Daryl Eremin has no objection to continuing the sentencing to February 23, 2010, as evidenced by his signature at the conclusion of this stipulation. Moreover, United States Probation Officer Jessica Goldsberry has been contacted, and has no

1  objection to continuing the sentencing to February 23, 2010 at 2:00 p.m.

2

3  IT IS SO STIPULATED.

4

5  DATED:    11/24/09                             _____/S/_____
                                                   ELIZABETH M. FALK
6                                                  Assistant Federal Public Defender

7
   DATED:    11/24/09                             _____/S/_____
8                                                  DARYL EREMIN
                                                   Assistant United States Attorney
9

10
                                        [PROPOSED] ORDER
11
        Based upon the aforementioned representations of the parties, it is hereby ORDERED that the
12
   sentencing in this matter be continued from January 26, 2010 to February 23, 2010 at 2:00 p.m. It is
13
   further ORDERED that the Final Presentence Report is due to this Court no later than February 8,
14
   2010.
15

16

17
        DATED: November 30, 2009
18                                                _____
                                                  THE HONORABLE WILLIAM H. ALSUP
19                                                UNITED STATES DISTRICT COURT JUDGE

20  *IT IS SO ORDERED* — Judge William Alsup (seal: United States District Court, Northern District of California)

21

22

23

24

25

26

STIP & ORDER CONTINUING
SENTENCING - CR 09-805 WHA                   - 2 -